IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARION KEITH NICHOLS,

      Appellant,

v.

      Case No. 5D23-13
      LT Case No. 2017-CF-1036

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 6, 2023

3.850 Appeal from the Circuit Court
for Clay County,
Don H. Lester, Judge.

Marion Keith Nichols, Panama City,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Trisha Meggs
Pate, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

SOUD, MACIVER and PRATT, JJ., concur.